```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA
                     ATHENS DIVISION
```

PARNEY D. DICKERSON,           \*

    Plaintiff,              \*

vs.                            \*

                                  CASE NO. 3:12-CV-131 (CDL)

CAROLYN W. COLVIN, Commissioner \*
of Social Security,
                              \*

    Defendant.
                                  \*

## O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation of the Magistrate Judge filed September 26, 2013, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 16th day of October, 2013.

                                                  s/Clay D. Land
                                                     CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE